# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

MICHAEL CHARLES NOLEN                                                              PLAINTIFF
ADC #131094

V.                                      NO: 1:10CV00036 SWW

LINDA GATES *et al.*                                                              DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 27th day of May, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE